No. 394. GEAGAN ET AL. *v.* GAVIN, CORRECTIONAL SUPERINTENDENT. C. A. 1st Cir. Certiorari denied. *Paul T. Smith* and *Lawrence O'Donnell* for petitioners. *Edward J. McCormack,* Attorney General of Massachusetts, *John F. McAuliffe* and *Gerald F. Muldoon,* Special Assistant Attorneys General, for respondent.

No. 395. MCDONALD *v.* OREGON. Supreme Court of Oregon. Certiorari denied. *Frederick Bernays Wiener* for petitioner.

No. 710. MCDONALD *v.* OREGON. Supreme Court of Oregon. Certiorari denied. *Frederick Bernays Wiener* for petitioner.

No. 856. WILLEMS INDUSTRIES, INC., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Richard J. Stull* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for the United States.

No. 859. BOSTIC *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *Abraham Gertner* for petitioner.

No. 867. CHAPPELLE *v.* SHARP ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Sommers T. Brown* and *Paul M. Rhodes* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for respondents.